**728**

denied. *Mr. Meyer Abrams* for petitioner. *Messrs. Herbert ·W. Hirsh* and *Reuben L. Freeman* for respondent.

No. 351. GOODMAN *v.* ILLINOIS EX REL. CHICAGO BAR ASSOCIATION. October 11, 1937. Petition for writ of certiorari to the Supreme Court of Illinois denied. *Mr. John B. Boddie* for petitioner. *Messrs. Charles Leviton* and *Werner W. Schroeder* for respondent.

No. 358. FAYE, ADMINISTRATOR, *v.* AMERICAN DIAMOND LINES ET AL. October 11, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Roderick Begg* for petitioner. *Mr. John W. Crandall* for respondents.

No. 451. HUNTER *v.* VIRGINIA. October 18, 1937. Petition for writ of certiorari to the Supreme Court of Appeals of Virginia, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. Minitree Jones Fulton* for petitioner. No appearance for respondent.

No. 462. PARIS *v.* UNITED STATES. October 18, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. David Paris, pro se.* No appearance for the United States.

No. 465. BROWN *v.* JOHNSTON, WARDEN. October 18, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit, and motion for leave to